1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  CHRISTEN A. SPROULE (Cal. Bar 310120)
   Assistant United States Attorneys
6  Asset Forfeiture Section
         1400 United States Courthouse
7        312 North Spring Street
         Los Angeles, California 90012
8        Telephone:  (213) 894-4493
         Facsimile:  (213) 894-7177
9        E-mail:     Christen.A.Sproule@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. EDCV15-01613-JGB (SPx) |
| Plaintiff, | |
| v. | JUDGMENT OF FORFEITURE |
| $35,200.00 IN U.S. CURRENCY, | |
| Defendant. | |
| CHRISTOPHER PERRY BULLOCK, | |
| Claimant. | |

This matter came on for jury trial on November 15, 2016 before the Honorable Jesus G. Bernal, United States District Judge.  Following the presentation of evidence and argument by the parties, the jury found that the government proved by a preponderance of the evidence that: (1) the entirety of the defendant currency ($35,200.00) was proceeds of one or more exchanges for a controlled substance; and (2)

the entirety of the defendant currency ($35,200.00) was intended to be used in one or more exchanges for a controlled substance, within the meaning of the law applicable to this case.

Based on these findings, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the entirety of the defendant currency is forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6), and no other right, title or interest shall exist therein. The United States shall dispose of the defendant currency in accordance with law.

December 8, 2016
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ *Christen A. Sproule*
CHRISTEN A. SPROULE
Assistant United States Attorney